IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | REDACTED |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 19 - JNA. |
| | ) | |
| MARIO T. WOODING, | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about January 8, 2007, in the District of Delaware, Mario T. Wooding, defendant herein, did knowingly possess a mixture containing heroin, a controlled substance, with intent to distribute it, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(C).

### Count 2

On or about January 8, 2007, in the District of Delaware, Mario T. Wooding, defendant herein, did knowingly possess a firearm, that is, a Raven Arms, Model P, 25 caliber semi-automatic pistol, serial number 495350, in furtherance of a drug trafficking crime, to wit, possession of heroin with the intent to distribute it, as set forth in Count 1, incorporated herein by reference, in violation of Title 18, United States Code, Section 924(c)(1).

### Count 3

On or about January 8, 2007, in the District of Delaware, Mario T. Wooding, defendant herein, having been convicted on or about October 7, 2005, in the Superior Court for New Castle County,



FILED
FEB 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Delaware, for the offense of Possession With Intent to Deliver a Controlled Substance, a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, that is, a Raven Arms, Model P, 25 caliber semi-automatic pistol, serial number 495350, which had been transported in interstate commerce to Delaware, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-6-07