IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-19 |
| ) | |
| MARIO T. WOODING, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 6, 2007, Mario T. Wooding, the defendant, was indicted on charges including the Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g). On that date this Court issued a bench warrant which remains outstanding.

2. The defendant is currently a detainee of the State of Delaware at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the

Warden for the Howard R. Young Correctional Institute (Gander Hill) to bring the said defendant Mario T. Wooding before this Court at a time designated by the Court for an initial appearance, and if the State charges remain outstanding, to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill).

                                                              COLM F. CONNOLLY
                                                              United States Attorney

                                                       By: _____
                                                         Edmond Falgowski
                                                         Assistant United States Attorney

Dated: February 12, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

                                         _____
                                         HONORABLE MARY PAT THYNGE
                                         United States Magistrate Court