IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-19 |
| | ) | |
| MARIO T. WOODING, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 6, 2007, Mario T. Wooding, the defendant, was indicted on charges including the Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g). On that date this Court issued a bench warrant which remains outstanding.

2. The defendant is currently a detainee of the State of Delaware at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the

FEB 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Warden for the Howard R. Young Correctional Institute (Gander Hill) to bring the said defendant Mario T. Wooding before this Court at a time designated by the Court for an initial appearance, and if the State charges remain outstanding, to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill).

                                      COLM F. CONNOLLY  
                                      United States Attorney

                                        By: _____  
                                        Edmond Falgowski  
                                        Assistant United States Attorney

Dated: February 12, 2007

**IT IS SO ORDERED** this 13+ day of FEBRUARY, 2007.

                                     _____  
                                     HONORABLE MARY PAT THYNGE  
                                     United States Magistrate Court