IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   § | |
| Plaintiff,   § | |
| § | CRIMINAL ACTION NO. 07-19-UNA |
| v.   § | |
| § | |
| MARIO T. WOODING   § | |
| Defendant.   § | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
    WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
    WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MARIO T. WOODING** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **MARIO T. WOODING** was charged with a violation of 21 U.S.C. 841(a)(1) and (b)(1)(C) for an **INITIAL APPEARANCE on THURSDAY MARCH 1, 2007** at **1:00 PM** and to be remain in the custody of the U.S. Marshal's Service unless the State charges remain outstanding and then to be returned to the Warden of the Howard R. Young Correctional Institute. And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 13th day of February 2007.

FILED
FEB 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk