FILED IN OPEN COURT
3/1/07 KJK.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-19 |
| | ) | |
| MARIO T. WOODING, | ) | |
| | ) | |
| Defendant. | ) | |

# MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_\_    Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_    Maximum sentence life imprisonment or death

    _X_    10+ year drug offense

    \_\_\_\_    Felony, with two prior convictions in above categories

    \_\_\_\_    Minor victim

    _X_    Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_\_    Failure to register under 18 U.S.C. § 2250

    _X_    Serious risk defendant will flee

    \_\_\_\_    Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

      X    Defendant's appearance as required

      X    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

      X    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), ~~or a federal crime of terrorism, or a specified offense (_____) with minor victim~~

      ___    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

      ___    At first appearance

      X    After continuance of  3  days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

      ___    1. At the time the offense was committed the defendant was:

           ___ (a) on release pending trial for a felony;

           ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

           ___ (c) on probation or parole for an offense.

      ___    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

      ___    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

   _____

   _____

DATED this __1st__ day of __March__, 200_7_.

                                           Respectfully submitted,

                                           COLM F. CONNOLLY
                                         United States Attorney

                                         By: _Edmund Falgowski_____
                                               Assistant United States Attorney