IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-19-JJF |
| | ) | |
| MARIO T. WOODING, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 6, 2007, Mario T. Wooding, the defendant, was indicted on charges including the Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g). On that date this Court issued a bench warrant which remains outstanding. On March 1, 2007, the defendant was produced in Federal District Court for an initial appearance, pursuant to a writ of habeas corpus ad prosequendum.

2. The defendant is currently a detainee of the State of Delaware at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

3. The defendant has a detention hearing scheduled in District Court for the District of Delaware on Tuesday, March 6, 2007, at 8:30 a.m.

FILED
MAR 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institute (Gander Hill) to bring the said defendant Mario T. Wooding before this Court on March 6, 2007, at 8:30 a.m. for a detention hearing, and if the State charges remain outstanding, to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill).

COLM F. CONNOLLY
United States Attorney

By _____
Edmond Falgowski
Assistant United States Attorney

Dated: March 5, 2007

**IT IS SO ORDERED** this 5th day of MARCH, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court