AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

MARIO T. WOODING

**WARRANT FOR ARREST**

Case Number: CR 07-19-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **MARIO T. WOODING**
                                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE HEROIN - ( COUNT I );
POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE - ( COUNT II );
POSSESSION OF A FIREARM BY A FELON - ( COUNT III )

in violation of Title    21    United States Code, Section(s)    841(a)(1) and (b)(1)(C)

PETER T. DALLEO                             BY: _____ ; DEPUTY CLERK
Name of Issuing Officer                                          Signature of Issuing Officer

CLERK OF COURT                               FEBRUARY 7, 2007 at WILMINGTON, DE
Title of Issuing Officer                                              Date and Location

*FILED APR - 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 3/1/07 | NAME AND TITLE OF ARRESTING OFFICER for ATF J. Policichio | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/1/07 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____