IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-19 JJF |
| MARIO T. WOODING, | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, Defendant has filed a Motion to Suppress Evidence and Statements (D.I. 16);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Tuesday, June 12, 2007, at 10:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 24, 2007
DATE

United States District Judge

