IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-19-JJF |
| | ) | |
| MARIO T. WOODING, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

1. The defendant is currently a detainee of the State of Delaware at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

2. On March 1, 2007, the defendant was produced in Federal District Court for an initial appearance, pursuant to a writ of habeas corpus ad prosequendum.

3. An Evidentiary Hearing in this case is scheduled in District Court for the District of Delaware on Tuesday, June 12, 2007, at 10:00 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institute (Gander Hill) to bring the said defendant

Mario T. Wooding before this Court on June 12, 2007, at 10:00 a.m. for an Evidentiary Hearing, and to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill) at the conclusion of the hearing.

COLM F. CONNOLLY  
United States Attorney

By: _____  
Edmond Falgowski  
Assistant United States Attorney

Dated: May 14, 2007

**IT IS SO ORDERED** this \_\_16\_\_ day of \_\_May\_\_, 2007.

_____  
HONORABLE JOSEPH J. FARNAN, JR.  
United States District Court