# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 07-19-JJF |
| v. | § | |
| | § | |
| MARIO T. WOODING | § | |
| Defendant. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MARIO T. WOODING** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **MARIO T. WOODING** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(C). The defendant is scheduled for an **Evidentiary Hearing on TUESDAY, JUNE 12, 2007** at **10:00 AM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the hearing. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 25th day of May 2007.

PETER T. DALLEO, CLERK

By: _Evette Wales_

Deputy Clerk