# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,   §
    Plaintiff,   §
                §     CRIMINAL ACTION NO. 07-19-JJF
                §
                §
MARIO T. WOODING,   §
    Defendant.   §

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
      WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
      WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MARIO T. WOODING** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **MARIO T. WOODING** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(C). The defendant is scheduled for an **Evidentiary Hearing on THURSDAY, JUNE 14, 2007** at **3:00 PM** and to be returned to the custody of the Warden of Gander Hill after the conclusion of the hearing. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 13TH day of JUNE 2007.

PETER T. DALLEO, CLERK

By: _____
        Deputy Clerk

CERTIFIED: 6/13/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _Evette Watson_
    Deputy Clerk

FILED

JUN 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE