# UNITED STATES DISTRICT COURT

DISTRICT OF  DELAWARE

**EXHIBIT AND WITNESS LIST**

USA   V.   MARIO T. WOODING

Case Number: 07-19-JJF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joseph J. Farnan, Jr. | Ed Falgowski, USA | Ed Bostic, Fed Pub Defender |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/14/07 | Karen Hawkins | Sarah |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 6/14 |  |  | Donald T. Moore, III |
| 2 |  | 6/14 |  |  | Officer Burton, WPD |
|  | 1 | 6/14 |  |  | Elizabeth Morales |
|  | 2 | 6/14 |  |  | Diana Nakirgya |
| GX1 |  | 6/14 | 6/14 | 6/14 | Miranda Statement |
| GX4 |  | 6/14 | 6/14 | 6/14 | DELJIS Charge Summary for Dft. |
|  | DX1 | 6/14 | 6/14 | 6/14 | St. Francis Hospital Medical Record |
|  | DX2 | 6/14 | 6/14 | 6/14 | Patient Care Report |
|  | DX3 | 6/14 | 6/14 | 6/14 | HRYCI Vital Stats + Intake for Dft. |
|  | DX5 | 6/14 | 6/14 | 6/14 | Officer Burton's notes (1 page) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages