

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 7100  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

July 19, 2007



RECEIVED
JUL 20 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re: **United States v. Mario T. Wooding**
        <u>**Criminal Action No. 07-19-JJF**</u>

Dear Judge Farnan:

    The parties have agreed to a briefing schedule. With the Court's permission the Government's opening brief will be submitted August 3, 2007, with the Defendant's answering brief being submitted on August 10, 2007.[1]

                         Respectfully submitted,

                         COLM F. CONNOLLY
                         United States Attorney

                       By: _____
                         Edmond Falgowski
                         Assistant United States Attorney

pc:   Edson A. Bostic, Esquire

EF:slb

---

[1] The transcript of the hearing was ordered on the day of the hearing and received on June 28, 2007. However, this AUSA was out of the office that week at training, and out of the office the following week on vacation.