IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-19-JJF |
| MARIO WOODING, | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this 10 day of January 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Suppress Physical Evidence And Statements (D.I. 16) is **DENIED**.

                                                  /s/ Joseph J. Farnan
                                              UNITED STATES DISTRICT JUDGE

F I L E D

JAN 1 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE