IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-19 JJF |
| MARIO T. WOODING, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court has resolved the pending motions in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Friday, February 8, 2008 at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and February 8, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

January 22, 2008
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE

FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE