IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                               :
            Plaintiff,         :
                               :
      v.                       :    Criminal Action No. 07-19 JJF
                               :
MARIO T. WOODING,              :
                               :
            Defendant.         :

## O R D E R

WHEREAS, on February 8, 2008 a Scheduling Conference was held;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1)   Trial will commence on **Monday, May 19, 2008 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2)   The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:30 a.m. on Monday, May 19,2008**.

3)   Any Proposed Special Voir Dire Questions shall be filed by **Friday, May 16, 2008**.

4) Motions in limine shall be filed by **May 9, 2008** and completed briefed so as to be addressed before commencement of trial.

5)   The time between February 8, 2008 and May 9, 2008, shall be excludable under the Speedy Trial Act in the interests of

FILED

FEB 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

February 14, 2008
DATE

UNITED STATES DISTRICT JUDGE