# IN THE UNITED STATES COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
        v.                                   )        Criminal Action No.  07-19-JJF
                                             )
MARIO T. WOODING,                            )
                    Defendant.               )

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edmond Falgowski, Assistant U.S. Attorney, as

attorney of record for the United States and enter the appearance of Ilana H. Eisenstein, Assistant

U.S. Attorney, in the above-captioned case.


Respectfully submitted,


COLM F. CONNOLLY
United States Attorney


BY: _____
    Ilana H. Eisenstein
    Assistant United States Attorney


Dated: March 3, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA,**          )
                                       )
                **Plaintiff,**          )
                                       )
      **v.**                                )          **Criminal Action No.  07-19-JJF**
                                       )
**MARIO T. WOODING,**                  )
                **Defendant.**          )

### CERTIFICATE OF SERVICE

    I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the

District of Delaware, hereby certify that on the 3rd day of March, 2008, I caused to be

electronically filed a **Substitution of Counsel And Entry of Appearance**  with the Clerk of

Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF.

I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

                                        _____

                                        Brandi C. Everett
                                        Legal Assistant