IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-19 JJF |
| MARIO T. WOODING, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above-captioned matter is scheduled to commence trial on May 19, 2008;

WHEREAS, the Court has advised that a Proposed Memorandum of Plea Agreement had been reached;

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Trial set for May 19, 2008 is **CANCELLED**.

2. A Rule 11 hearing will be held on **April 18, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3. The time between the date of this Order and April 18, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 9, 2008
DATE

UNITED STATES DISTRICT JUDGE