Filed in open Court this 13th day of August 2008

nms

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-19-JJF |
| | ) |
| MARIO T. WOODING, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, and 3 of the Indictment, pursuant to the Memorandum of Plea Agreement dated April 18, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 8-13-07

IT IS SO ORDERED this 13 day of August, 2008.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court